■ ELMLAWN CEMETERY & CREMATORY, INC., Respondent, v GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, Appellant. [679 NYS2d 870] —Judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Howe, J. (Appeal from Judgment of Supreme Court, Erie County, Howe, J.—Declaratory Judgment.) Present—Denman, P. J., Hayes, Pigott, Jr., and Fallon, JJ.